IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>      Defendants. | C.A. No. 11-609 GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel respectfully moves the admission *pro hac vice* of Christine A. Montenegro to represent the plaintiffs, Deutsche Bank Trust Company Americas, in. in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for certain series of PHONES Notes (collectively, "Plaintiffs"), in the above-captioned matter against defendant Wells Fargo Investments, LLC. Pursuant to this Court's Standing Order effective July 23, 2009, a check in the amount of $25.00 is included to cover the annual fees for the attorneys listed above.


*OF COUNSEL*:

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

Dated: August 8, 2011

BERGER HARRIS, LLC

 /s/ *David B. Anthony*
John G. Harris (DE #4017)
David B. Anthony (DE # 5452)
1201 N. Orange Street, Third Floor
Wilmington, DE 19801
Tel: (302) 655-1140
Fax: (302) 655-1131
jharris@bergerharris.com
danthony@bergerharris.com

*Attorneys for Plaintiffs*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                    _____
                                    Christine A. Montenegro
                                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                    1633 Broadway
                                    New York, New York 10019
                                    Tel: (212) 506-1700

Dated: 8/8/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | C.A. No. 11-609 GMS |

## ORDER

This _____ day of _____, 2011, the Court having considered the motion for the admission *pro hac vice* of Christine A. Montenegro to represent the plaintiffs, Deutsche Bank Trust Company Americas, in. in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for certain series of PHONES Notes (collectively, "Plaintiffs") against defendant Wells Fargo Investments, LLC in the above-captioned action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
Chief Judge