IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>        Defendants. | C.A. No. 1:11-cv-00609 GMS |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that Plaintiffs' Motion to Stay This Action, filed in the Superior Court of the State of Delaware in and for New Castle County on July 5, 2011, is hereby WITHDRAWN WITHOUT PREJUDICE. Contemporaneously with the filing of this notice, Plaintiffs will be filing a renewed motion to stay.

                                        BERGER HARRIS, LLC

                                        */s/ John G. Harris*
                                        John G. Harris (DE #4017)
                                        David B. Anthony (DE # 5452)
                                        1201 N. Orange Street, Third Floor
                                        Wilmington, DE 19801
                                        Tel: (302) 655-1140
                                        Fax: (302) 655-1131
                                        jharris@bergerharris.com
                                        danthony@bergerharris.com

                                        *Attorneys for Plaintiffs*


*OF COUNSEL*:

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800


Wilmington, Delaware
Dated: August 8, 2011