**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------  x
                                                                    :
DEUTSCHE BANK TRUST COMPANY AMERICAS, in                            :
its capacity as successor indenture trustee for certain series      :
of Senior Notes, LAW DEBENTURE TRUST                                :
COMPANY OF NEW YORK, in its capacity as successor                   :
indenture trustee for certain series of Senior Notes, and           :
WILMINGTON TRUST COMPANY, in its capacity as                        :
successor indenture trustee for the PHONES Notes,                   :   No. 1:11-cv-00609-GMS
                                                                    :
                                                                    :
                    Plaintiffs,                                     :
                                                                    :
        vs.                                                         :
                                                                    :
WELLS FARGO INVESTMENTS, LLC,                                       :
                                                                    :
                    Defendant.                                      :
------------------------------------------------------------------  x
```

## PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 81.2

Pursuant to District of Delaware Local Rule 81.2, Plaintiffs identify the following matter requiring judicial action. Prior to the removal of this matter, Plaintiffs filed Plaintiffs' Motion To Stay This Action on July 5, 2011 (the "State Court Stay Motion"), which was pending when the case was removed to this Court on July 8, 2011. On August 8, 2011, Plaintiffs withdrew the State Court Stay Motion and filed Plaintiffs' Motion To Stay Defendants' Time To Respond To The Complaint In This Action Or Commence Motions Practice (D.I. 10), along with a supporting brief and Declaration of Christine A. Montenegro, Esquire (D.I. 11), which is now pending.

BERGER HARRIS, LLC

*/s/ John G. Harris*
John G. Harris (DE #4017)
David B. Anthony (DE # 5452)
1201 N. Orange Street, Third Floor
Wilmington, DE 19801
Tel: (302) 655-1140
Fax: (302) 655-1131
jharris@bergerharris.com
danthony@bergerharris.com

*Attorneys for Plaintiffs*

*OF COUNSEL:*

KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

Wilmington, Delaware
Dated:  August 8, 2011