IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,

Plaintiffs,

vs.

WELLS FARGO INVESTMENTS, LLC,

Defendant.

No. 1:11-cv-00609-GMS

---

**NOTICE OF PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

PLEASE TAKE NOTICE that on August 16, 2011, Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company, in their capacity as successor indenture trustees for certain notes of Tribune Company (collectively, "Plaintiffs") moved the United States Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, to transfer 44 actions pending in 21 different federal districts, including this action, to the Southern District of New York for coordinated and consolidated pretrial proceedings under the caption *In re Tribune Fraudulent Conveyance Litigation* (Pending Docket No. 119), specifically to the Honorable Richard J. Holwell (the "MDL Motion"). Plaintiffs provide this notice pursuant to 28 U.S.C. § 1407(c)(ii) and Rule 6.2 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation.

A copy of the Notice of the MDL Motion, Brief in Support of the MDL Motion, Declaration of David M. Zensky in Support of the MDL Motion, Schedule of Actions, and Proof of Service of the MDL Motion are attached.

                BERGER HARRIS, LLC

                /s/ John G. Harris
                John G. Harris (DE #4017)
                David B. Anthony (DE # 5452)
                1201 N. Orange Street, Third Floor
                Wilmington, DE 19801
                Tel: (302) 655-1140
                Fax: (302) 655-1131
                jharris@bergerharris.com
                danthony@bergerharris.com

                *Attorneys for Plaintiffs*

OF COUNSEL:

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800


Wilmington, Delaware
Dated: August 17, 2011