IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO INVESTMENTS, LLC, <br><br> Defendant. | No. 1:11-cv-00609-GMS |

---

**NOTICE OF NO OPPOSITION AND NO REPLY
REGARDING PLAINTIFFS' MOTION TO STAY DEFENDANTS' TIME TO RESPOND
TO THE COMPLAINT IN THIS ACTION OR COMMENCE MOTIONS PRACTICE**

WHEREAS Plaintiffs filed a Motion to Stay Defendants' Time To Respond To The Complaint In This Action Or Commence Motions Practice (the "Motion to Stay") [D.I. 10], supporting brief [D.I. 11], and proposed order granting same (the "Proposed Order") [D.I. 10] on August 8, 2011;

WHEREAS under the Local Rules, the deadline to file briefs in opposition to the Motion to Stay was August 23, 2011; and

WHEREAS no party filed an opposition brief before that deadline or since, nor has any party otherwise indicated any intention to oppose the Motion to Stay; now, therefore,

{00550193;v1}

PLEASE TAKE NOTICE that, because no answering brief has been filed and the Motion to Stay has not been opposed, Plaintiffs will not be filing a reply in further support of the Motion to Stay;

WHEREFORE, Plaintiffs respectfully request that the Court grant the Motion to Stay and enter the Proposed Order if they meet with the Court's approval.

                      BERGER HARRIS, LLC

                      */s/ John G. Harris*
                      John G. Harris (DE #4017)
                      David B. Anthony (DE # 5452)
                      1201 N. Orange Street, Third Floor
                      Wilmington, DE 19801
                      Tel: (302) 655-1140
                      Fax: (302) 655-1131
                      jharris@bergerharris.com
                      danthony@bergerharris.com

                      *Attorneys for Plaintiffs*

*OF COUNSEL*:

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800


Wilmington, Delaware
Dated: August 31, 2011