## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for certain series of PHONES Notes, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO INVESTMENTS, LLC, <br><br> Defendant. | No. 1:11-cv-00609-GMS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Deutsche Bank Trust Company, Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company Of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for certain series of PHONES Notes ("Plaintiffs") and defendant Wells Fargo Investments, LLC ("Defendant") that:

1. Defendant's time to answer, move or otherwise respond to the Complaint is extended to October 31, 2011, subject to any stay of proceedings which may then be in effect.[1]

---

[1] Plaintiffs' agreement to extend the time to answer is expressly without prejudice to plaintiffs' right to remand this action. Plaintiffs further do not concede that this Court has subject matter jurisdiction over this action, particularly with respect to the grounds referenced in paragraphs 24, 27 and 30 of Defendant's Notice of Removal.

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ Christine A. Montenegro | /s/ Albert J. Carroll |
| David S. Rosner | R. Judson Scraggs, Jr. (#2676) |
| Sheron Korpus | Gregory W. Werkheiser (#3553) |
| Christine A. Montenegro | Albert J. Carroll (#5316) |
| Matthew B. Stein | 1201 N. Market Street |
| 1633 Broadway | Wilmington, DE 19801 |
| New York, NY 10019 | (302) 658-9200 |
| (212) 506-1715 | |
| | - and - |
| - and - | |
| | PROSKAUER ROSE LLP |
| BERGER HARRIS LLC | Stephen L. Ratner |
| John G. Harris (# 4017) | Harry Frischer |
| David B. Anthony (#5452) | Daniel Goldberger |
| 1201 N. Orange Street, 3rd Floor | David S. Mordkoff |
| Wilmington, DE 19801 | Eleven Times Square |
| (302) 655-1140 | New York, NY 10036 |
| | (212) 969-3000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Wells Fargo Investments, LLC* |

Dated: September 20, 2011

SO ORDERED this _____ day of _____, 2011,

_____
                                                                    J.

4377757