**Transferred case has been opened**
**NYSD_ECF_Pool**  to: InterDistrictTransfer_DED                01/03/2012 03:40 PM

```
CASE: 1:11-cv-00609

DETAILS: Case transferred from Delaware
has been opened in Southern District of New York
as case 1:11-cv-09596, filed 12/28/2011.
```